NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY LEE JACOBS, DOC #Y28017,    )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D17-1958
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Rachael E. Bushey of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.